UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ESTHER RODRIGUEZ ORTIZ                    CIVIL ACTION NO. 26-1185

                                          SECTION P

VS.

                                          JUDGE ROBERT R. SUMMERHAYS

WARDEN SOUTH LOUISIANA ICE                MAG. JUDGE KAYLA D. MCCLUSKY
PROCESSING CENTER, ET AL.

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Esther Rodriguez Ortiz's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT** and that Petitioner's motion to maintain jurisdiction, [doc. # 9], be **DENIED AS MOOT**.

LAFAYETTE, LOUISIANA, this 24th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE